IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

CRIMINAL MINUTES: *ARRAIGNMENT & SCHEDULING CONFERENCE*

USA vs __MICHAEL DALE KELLER, ET AL__   Date: __February 11, 2015__

Case No. __2:15-CR-15__   Time __9:30 A.M.__ To __9:38 A.M.__

==============================================================
Honorable **DENNIS H. INMAN**, U.S. Magistrate Judge, Presiding

| KIM OTTINGER | 9:30:54-9:37:10 | J. GREGORY BOWMAN |
|---|---|---|
| Deputy Clerk | Tape/Court Reporter | Asst. U.S. Attorney |

==============================================================

| DEFENDANT(s) | DEFENSE ATTORNEY(s) |
|---|---|
| MICHAEL DALE KELLER | JIM R. WILLIAMS |
| ALESHIA HOPE STUART | JOSEPH MCAFEE |

**PROCEEDINGS:**

Defendants advised of charges, penalties, and rights

Plea of not guilty entered to all counts as to both defendants

Dates selected and scheduled as follows:

    Jury Trial __4/21/2015 @ 9:00 A.M.__
        before the Honorable **Pamela L. Reeves**

    PTC/Motion hearing __3/24/2015 @ 9:30 A.M.__
        before the Honorable **Dennis H. Inman**

    Motion cut-off __3/6/2015__

    Response deadline __3/20/2015__

    Plea Bargain cut-off __4/7/2015__

Defendants remanded to custody

Order to enter